IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>COLUMBIA FALLS ALUMINUM COMPANY, LLC,<br><br>Defendant. | CV-26-99-M-KLD<br><br>ORDER |

**IT IS HEREBY ORDERED** that the above-captioned cause is **REASSIGNED** to the Honorable William W. Mercer. The Clerk shall advise Judges Mercer and DeSoto of the making of this order.

DATED this the 3rd day of September 2026.

Brian Morris, Chief District Judge
United States District Court